JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS JACOB GRIFFIN,<br><br>        Plaintiff,<br><br>    v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>        Defendant. | Case No. 8:23-cv-01514-JWH-KESx<br><br>**JUDGMENT** |

Pursuant to the "Order Denying Plaintiff's Motion for Judgment [ECF No. 27]; Memorandum of Decision Pursuant to Rule 52(a) of the Federal Rules of Civil Procedure" filed substantially contemporaneously herewith,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. The operative pleading is the Complaint [ECF No. 1] of Plaintiff Dennis Griffin.

3. Defendant Zurich American Life Insurance Company shall have **JUDGMENT** in its favor, and **AGAINST** Plaintiff Dennis Griffin. Plaintiff Dennis Griffin shall take nothing by way of his Complaint. This action is **DISMISSED**.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 9, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE